ERIC ALEXANDER, Respondent, v HANY ALEXANDER, Appellant. [28 NYS3d 593]—

Order, Supreme Court, New York County (Matthew F. Cooper, J.), entered October 8, 2014, which, to the extent ap-

pealed from as limited by the briefs, granted plaintiff's cross motion to modify the payment schedules set forth in the judgment of divorce so as to accelerate his future monthly maintenance payments to defendant to offset the present after-tax value of the equitable distribution payments currently owing by her to plaintiff, unanimously affirmed, without costs.

The court properly determined that it was in the best interests of both parties to modify the payment schedule set forth in the divorce judgment (*see Matter of Shomron v Fuks*, 286 AD2d 587, 591 [1st Dept 2001], *lv denied* 97 NY2d 607 [2001]). The order does not modify the substance of the judgment, as defendant contends, but simply accelerates the maintenance payments owed to her in exchange for the elimination of her present equitable distribution obligations to plaintiff, which she failed to meet and by her own admission will not meet in the future.

Defendant's remaining, mainly technical, arguments are unpreserved for review and, in any event, without merit (*see Zhao v Brookfield Off. Props., Inc.*, 128 AD3d 623 [1st Dept 2015]). Concur—Friedman, J.P., Andrias, Moskowitz, Kapnick and Webber, JJ.